**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

| | | |
|---|---|---|
| **Plaintiff(s):** KENDRICK BUTLER | **Defendant(s):** | SEARGENT KELLY, et al. |
| **County of Residence:** COOK | **County of Residence:** | |
| **Plaintiff's Address:** | **Defendant's Attorney:** | |

Kendrick Butler
#2007-0034408
Cook County Jail
P. O. Box 089002
Chicago, IL 60608

FILED
JUN 2 3 2008
Jun 23. 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

08CV3590
JUDGE GETTLEMAN
MAG. JUDGE COLE

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes  ☐ No

**Signature:** A. E. Woodham   **Date:** 06/23/2008
Gettleman   08C1077
Cole