

**RECEIVED**

JUN 23 2008 *aew*

Jun 23, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Kendrick Butler

(Enter above the full name of the plaintiff or plaintiffs in this action)

Seargent (Kelly)
Seargent (Collins)
Seargent (NAlapiA)
Seargent (Haupt)
Officer (PAtes)
Assistant Excutive Director (Romaro)
Excutive Director (SAlvador Godinez)

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

08CV3590
JUDGE GETTLEMAN
MAG. JUDGE COLE

Superintendent (Andrew)
Sheriff (Thomas DArt)

Case No: _____
(To be supplied by the Clerk of this Court)

Jury trial Demanded

Officer (Revolorio)

**CHECK ONE ONLY:**

☒ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Kendrick Butler

B. List all aliases: _____

C. Prisoner identification number: 20070034408

D. Place of present confinement: Cook County Jail

E. Address: Po Box

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Romaro
   Title: Assistant Director
   Place of Employment: Cook County Jail

B. Defendant: Salvador Godinez
   Title: Excutive Director
   Place of Employment: Cook County Jail

C. Defendant: Thomas Dart
   Title: Sheriff
   Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

Defendent) Sgt. Kelly
Title) Seargant
Place of Employment) Cook County Jail

Defendent) Collins
Title) Seargant
Place of Employment) Cook County Jail

Defendent) Nalapia
Title) Seargant
Place of Employment) Cook County Jail

Defendent) Seargant Haupt
Title) Seargant
Place of Employment) Cook County Jail

Defendent) Andrew
Title) Superintendent
Place of Employment) Cook County Jail

2.

Defendant) PAtes
Title) Correctional officer
Place of Employment) Cook County Jail

4.

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Kendrick Butler V. #20070034408 Gross, 08C 1077

B. Approximate date of filing lawsuit: 3/19/08

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Kendrick Butler

D. List all defendants: Sheriff (Thomas Dart), Officer (Shubch), Seargant (Barton), Superintendent (Turner), Superintendent (Salazar), Chief (Brown), Salvador Assistant Executive Director (Romaro), Executive Director (Godine)

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal: US District Court-Northern District of Ill

F. Name of judge to whom case was assigned: Robert W. Gentleman

G. Basic claim made: Suffering when it could of been prevented

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I. Approximate date of disposition: 3/A/08

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.  Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On Jan 25, 2008 Officer Pates showed a lack of proffessionalism and threaten my life. Also on this date I informed officer Pates that I'm mentally disturb and to call a Sgt. for me. I have a history of depression and have known mental and physical health problems. On that date I was suffering from prior engeries that happen while in this institution all lot of new problems could of been prevented if I seen the proffessionalist that were needed. On 1-25-08 I then received movement to the law library and I utilize my time by informing Sgt. Kelly about the incident and situations that took place. He tried nothing to help me and there were no other higher superiors that I can talk to at the time. If I would of gotten the proper

attension and medical assistant. I would of never blackout later and hit my head on the wall and badly bruise my vision even more. While being house in confinment I informed sgt. Kelly, Nalapia, Haupt, and Correctional officer Harris that I were being Housed in a cell and unit that had no water and had to go 72 hrs at a time without cleaning myself and no physiological help from the cruel and unusual punishment. I was told personally that I will not receive any medical or mental help, I wouldn't receive no help at all no matter what it was. On 5/8/08 I talked to officer Revoloria and had others inmates talk to him about my medical injuries, he told me he can't help me and after time went on I black outed for a period of time and still didn't receive no medical help. I told him numerous times to call the seargant because I have injuries from when I was Jumped in oct. 2007 and I were dianosed with a brain damage called pulsive cancussion but he deliberately refuse

7

to give me medical assistance and now I'm having long periods of headaches dizziness and I feel real nausiness all the time when I could of seen a doctor and not have these medical problems. On 5/14/08 I talk to officer Smith and told him I'm suffering mentally and need physical help too, He told me he will inform his Seargant and that he did. At the time Seargant Collins was the seargant on duty, he came to the tier and didn't want to hear nothing I had to say and told me that it's nothing wrong with me. He ~~[scribbled out]~~ deliberately refuse to give me physical and mental help, I have a prior history of mental and physical pain and I always receive the same results about medical assistance or any other assistance "theres nothing wrong with

I've talked to Superintendent Andrew, Sheriff Thomas Dart, Assistant Executive Director Romaro, Executive Director Salvador Godinez about these officers and didn't receive no help at all I think it because they don't want any paper work about my medical problems I'm overall adding these defendants to my original claim for not assisting me with medical and mental help and still has me here suffering, it's the role they played or playing due to my original claim and I don't want to suffer the way I am.

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Monetory damage in the amount of $1,000,000 for pain and suffering, physical and mental pain here in punitive damages of $1,000,000 and any other just award from each defendant

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __5__ day of __21__, 20__08__

__Kendrick Butler / Kendrick Butler__
(Signature of plaintiff or plaintiffs)

__Kendrick Butler__
(Print name)

__20070034408__
(I.D. Number)

__2600 S. California PO Box DS9002__
__Chi IL 60608__
(Address)

• 10

Revised 9/2007

Part-A / Control #: _____ X _____

Referred To: _____

☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Butler   First Name: Kendrick

ID #: _____-___44c8   Div.: 1   Living Unit: 11   Date: 5/14/08

BRIEF SUMMARY OF THE COMPLAINT: On 5/14/08 I talked to officer smith and told him that I am suffering mentally he told me that he will inform his sargeant and that he did. Seargeant Collins came on the tier and didn't want to hear nothing I had to say and told me that its nothing wrong with me. I have prior injuries that has me suffering from physical pain to mental pain and every time I talk to this seargeant I never receive no results and I always receive the same answer "theres nothing wrong with you and I don't want to hear it" when I talk to other authorities I receive results.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Officer Smith, Seargeant Collins

ACTION THAT YOU ARE REQUESTING: I want a full investigation Internal Affair investigation for unprofessionalism and lack of training.

DETAINEE SIGNATURE: Kendrick Butler

C.R.W.'S SIGNATURE: M. Shumanec   DATE C.R.W. RECEIVED: 5/16/08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _____X_____

Referred To: __Supt.__

☒ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: __Butler__  First Name: __Kendrick__

ID #: __J-0034408__  Div.: __1__  Living Unit: __A1__  Date: __5/08/08__

BRIEF SUMMARY OF THE COMPLAINT: On 5/8/08 I talked to Officer Revolorio and had other inmates talk to him about my medical issues he told me he can't help me and after time went on I blacked out for a period time and still didnt receive no medical help. I tried numerous times to tell him I was jumped in Oct. and I have a brain damage called pulsive concussion But he diliberatly refuse to give me medical assistance and even I'm have long periods of headachs, dizziness and I still feel nauseousness all the time.

Revolorio 3/11 shift

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

He get relieved of his duties and/or removed
ACTION THAT YOU ARE REQUESTING:
from his position. Internal affair investigation on officer

DETAINEE SIGNATURE: __Kendrick Butler__

C.R.W.'S SIGNATURE: _____  DATE C.R.W. RECEIVED: __5/16/08__

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)  (YELLOW COPY – C.R.W.)  (PINK COPY – DETAINEE)  (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: REQUEST

Referred To: Supt Div 9

☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
## DETAINEE GRIEVANCE

Detainee Last Name: Butler First Name: Kendrick

ID #: 2007-0054408 Div.: 9 Living Unit: 1G/26 Date: 1/25/08

BRIEF SUMMARY OF THE COMPLAINT: On Jan 25, 2008 me and officer Pates exchanged words and during the process he informed me that he was going to kill me. The altercation started from me not receiving any medical attension from him or the sgt. on the same day. This was a lack of professionalism and I feel endagered for when I get released from cookcounty Department of corrections. I want a full internal Affair investigation. I admitte that we exchanged words in fighting terms but when he said he'll kill me that was outside of boundries. He even tried to give my mail to another inmate purposely

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: Correctional officer Pates witnesses: Her 7 @ Div 9 Jan 17 to 25 cunti

ACTION THAT YOU ARE REQUESTING: He be releived of his assignments as a correctional officer and monotored carefully.

DETAINEE SIGNATURE: Kendrick Butler

C.R.W.'S SIGNATURE: V Butler    DATE C.R.W. RECEIVED: 2/15/08

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form.
All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Part-A / Control #: _BiX_____

Referred To: _Sup Div ?_____

☑ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: _Butler_____ First Name: _Kendrick_____

ID #: _007-2034160_ Div.: _?_ Living Unit: _3L_ Date: _3/8/__

BRIEF SUMMARY OF THE COMPLAINT: _While being housed in ph. a cell for up to a week straight to go without a shower and it was many sgts, Lts and other higher officers notified at times about the shower being unuseable but there was no attempt to even try to give us showers and also there has been information transmitted to the higher superiors about what not water coming in out cell in lower ___ on that tier. Also in cell ___ inmates were housed in that cell with no toilet, writing this is cruel and unusual punishment. I demand an investigation by Internal Affairs. Sgt Kelly, Lt Malaria, Lt Harris, C/O Smith, Sgt _____

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
_I want a full Internal Affairs investigation for _____

ACTION THAT YOU ARE REQUESTING:
_____ Minority and jacket changes._____

DETAINEE SIGNATURE: _Kendrick Butler_____

C.R.W.'S SIGNATURE: _V. Butler_____ DATE C.R.W. RECEIVED: _03-30-08_

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.)　(YELLOW COPY – C.R.W.)　(PINK COPY – DETAINEE)　(GOLDENROD COPY – DIVISION/SUPT. OFFICE)

2E-2006

Part-A / Control #: _____X_____

Referred To: _____

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Butler   First Name: Kendrick

ID #: 2007-0034408   Div.: 9   Living Unit: 1G   Date: 1/30/08

BRIEF SUMMARY OF THE COMPLAINT: On 1-25-08 I informed correctional officer Pates to notify me a Sgt. Because I needed mental treatment I have a history of depression but he neglected to do anything about this. On 1-28-08 I then informed him and Sgt. Kelly about some medical treatment I needed Neither of them adhear to my request and did nothing about it. I also have a history of medical problems due to the severe beaten I've taken back in Oct 2007. I've have not received no medical nor mental help since I been in segragation and I suffer from pulsive concussions with a series of blackouts.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: Correctional officer Pates Sgt. Kelly 7 to 3 shift.

ACTION THAT YOU ARE REQUESTING: I want a full internal Affair investigation for lack of Professionalism.

DETAINEE SIGNATURE: Kendrick Butler

C.R.W.'S SIGNATURE: _____   DATE C.R.W. RECEIVED: 2/1/08

Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.

(WHITE COPY – PROG. SERV.)   (YELLOW COPY – C.R.W.)   (PINK COPY – DETAINEE)   (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

## C.C.D.O.C. DETAINEE GRIEVANCE FORM PROCESSED AS A REQUEST

*Please Note :*

- If the detainee is not satisfied with the response and/or attempt at resolving this issue, the detainee may resubmit the concern and it will be processed as a grievance.
- When processed as a request, an appeal of the response and/or action taken cannot be made.
- When processed as a request, PART-B is not applicable.

**Detainee's Last Name:** Butler  **First Name:** Bondrick

**ID#:** 07-0124408  **Div:** 9  **Tier/LivingUnit:** 2E 2A

**Date of Request:** 2/18/08  **Date C.R.W. Received Request:** 2/20/08

**This request has been processed by:** V. Miller **C.R.W.**

**Summary of Request:**

Detainee request that living conditions are improved in his SE.

**Response and/or Action Taken:**

Facilities Management has corrected the problem with the shower.

Chief Brathie - [signature] Date: 2/22/08 Div./Dept. 1X
(Print- name of individual responding)  (Signature of individual responding)

( WHITE COPY – PROG. SERV. CENTRAL OFFICE )  ( YELLOW COPY – C.R.W. WEEKLY PACK )  ( PINK COPY – DETAINEE )